IN THE UNITED STATES DISTRICT COURT
For the District of New Jersey

|  |  |
|---|---|
| **GELBER** : | |
| Plaintiff(s), : | Civil No. 08-3901 (WJM) (CCC) |
| v. : | |
| **NATIONAL RAILROAD PASSENGER** : | **ORDER ON INFORMAL MOTION** |
| **CORPORATION et al** | **APPOINTING MEDIATOR** |
| Defendant(s) : | |

This matter coming before the Court by way of informal application by the parties for a status conference; it appearing that mediation would conserve the resources and be in the best interests of the Court and the parties; and the parties having agreed to mediation and having authorized the Court, by consent, to appoint **Judge Mark B. Epstein** as the mediator.

IT IS on this 4th day of August 4, 2009

**ORDERED THAT**:

1. This civil action be and hereby is referred to mediation.

2. **Hon. Mark B. Epstein, Hoagland, Longo, Moran, Dunst & Doukas, LLP, 40 Paterson Street, PO Box 480, New Brunswick, NJ 08903** is hereby appointed as the mediator in this case.

3. Counsel and the parties shall participate in mediation in good faith and shall cooperate with their chosen mediator, **Judge Mark B. Epstein**.

4. Counsel and the parties (including individuals with settlement authority) shall attend mediation sessions as requested by the mediator.

5. In the event mediation is unsuccessful, there shall be a **Telephone Status/Scheduling Conference conducted on December 2, 2009 at 2:00 p.m.** at which time all discovery issues shall be addressed.

6. Upon receipt of this Order, the parties shall contact the mediator to schedule the mediation.

                                            *s/Claire C. Cecchi*
                                            **HON. CLAIRE C. CECCHI**
                                            United States Magistrate Judge

cc: <u>With Enclosed Order Only</u>
     Office of the Clerk
     Hon. William J. Martini, U.S.D.J.
     Bruce H. Stern, Esq.
     John A. Bonventre, Esq.
     Michael John Rankin, Esq.
     Carol Coleman, Arbitration Clerk
     File